# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHRISTOPHER LAMAR ROGERS  PETITIONER
ADC #154204

V.  NO. 5:15cv00051-JM-JTR

WENDY KELLEY, Director,  RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response arguing that Rogers' 28 U.S.C. § 2254 habeas claims are: (1) procedurally barred from federal review because he never raised them in state court; and (2) without merit. *Doc. 7*. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Rogers is directed to file, **on or before April 13, 2015,** a Reply addressing Respondent's arguments for dismissal.

DATED THIS 13th DAY OF March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

1