**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHRISTOPHER LAMAR ROGERS,
ADC #154204                                                                                    PETITIONER

V.                                              5:15CV00051-JM

WENDY KELLEY, Director,
Arkansas Department of Correction                                                RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Petitioner's cause of action is DISMISSED and the requested relief be denied. A certificate of appealability will not be issued.

SO ORDERED this 10th day of November, 2015.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE